Arthur PINOVER v. The BALTIMORE PURE RYE DISTILLING CO.,
a Corporation.

No. 9154.

Circuit Court of Appeals, Ninth Circuit.

May 8, 1939.

McFarland, Scheinman & Sisenwein, and David Blonder, all of Los Angeles, Cal., for appellant.

Baldwin Robertson, of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee for dismissal of the appeal herein for failure of appellant to make deposit covering estimated expense of printing the transcript, there being no opposition to said motion by appellant, and good cause therefor appearing, ordered said motion granted,

that a decree be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.

Walter RACZAK, Appellant, v. John L. ZURBRICK, District Director of Immigration, United States Immigration Service, Appellee.

No. 7903.

Circuit Court of Appeals, Sixth Circuit.

May 4, 1939.

Art Willard and Louis R. Harrington, both of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich., for appellee.

Before HICKS, ALLEN, and ARANT, Circuit Judges.

PER CURIAM.

This case was heard on the transcript of the record, briefs and argument of counsel, and the court being of the opinion that there is no error upon the record, it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed and the case is remanded to the District Court with directions to remand appellant to the custody of the United States Immigration and Naturalization Service.